FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 29 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
JIE FANG;
SHAOFU LI;
KAUSHALKUMAR PATEL;
HIRENKUMAR PATEL;
XIAOYU ZHANG,
                              ORDER TRANSFERRING VENUE

                              CV 16-6422
              Plaintiffs,     (VITALIANO, J.)

  against -


SARAH SALDANA ET AL.

             Defendants.
- - - - - - - - - - - - - - - - - -X

    IT IS HEREBY ORDERED THAT:

    this action is transferred to the United States District Court for New Jersey pursuant to 28 U.S.C. § 1404(a).

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

Dated: March 28 2017