UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YI DONG, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MATTHEW ALBENCE, *et al.*,<br><br>　　　　　　　　Defendants. | HON. ESTHER SALAS<br><br>Civil Action No.: 17-2092-ES-JAD<br><br>**CONSENT ORDER** |

　　Upon Plaintiffs' request, (ECF No. 89), and with Defendants' consent, it is hereby **ORDERED** that Plaintiffs shall file their opposition papers in response to Defendants' motions to dismiss, (ECF Nos. 84, 85, 86), on or before **September 15, 2020**. Defendants' reply briefs are due on or before **September 28, 2020**. The motions to dismiss are returnable on **October 5, 2020**.

　　　　　　　　　　　　　　　　　　　　　　 s/Joseph A. Dickson
　　　　　　　　　　　　　　　　　　　　　　HON. JOSEPH A. DICKSON
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　　　　Date: 8/24/20