CRAIG CARPENITO
United States Attorney
ALLAN B. K. URGENT
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 297-2079
Email: allan.urgent@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIE FANG, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>SARAH SALDANA, *et al.*,<br><br>*Defendants.* | HON. ESTHER SALAS<br><br>*Civil Action No.* 2:17-cv-02092-ES-JAD<br><br>ORDER |

This matter having been opened to the Court by the Defendants, through their attorney Craig Carpenito, United States Attorney for the District of New Jersey (Allan B. K. Urgent, Assistant United States Attorney, appearing), for an order, pursuant to Fed. R. Civ. P. 6(b), granting Defendants an extension of time to file reply papers in support of their motions to dismiss (ECF Nos. 84, 85, and 86), and for good cause shown, it is on this **25th** day of September, 2020, hereby

ORDERED that Defendants' application for an extension of time is granted. Defendants shall file their reply papers by **October 13, 2020.** The motions to dismiss are returnable on **October 19, 2020.**

*/s/Esther Salas*
HON. Esther Salas
United States District Judge