UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YI DONG, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>TAE JOHNSON, Director, Immigration and Customs Enforcement, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No.: 17-2092-ES (JSA)<br><br>**ORDER** |

　　　　This matter having come before the Court on the motion of Thomas E. Moseley, Esq., of the Law Office of Tom Moseley ("Movant"), attorney for Plaintiffs Yi Dong, et al., for the *pro hac vice* admission of Edward F. Ramos, pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the motion, which reflect that Edward F. Ramos, Esq., satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and upon Defendants' consent; and for good cause shown,

　　　　**IT IS ON THIS _18th_ day of October, 2021,**

　　　　**ORDERED** that the application for *pro hac vice* admission of Edward F. Ramos, Esq., is **GRANTED**; and it is further

　　　　**ORDERED** that Edward F. Ramos, Esq., a member in good standing of the Bar of the State of Florida, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

　　　　**ORDERED** that Edward F. Ramos, Esq., shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that the Movant shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Edward F. Ramos, Esq.; (c) sign (or arrange for an attorney admitted to practice in the United States Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of the cause and Edward F. Ramos, Esq., in this matter; and it is further

**ORDERED** that Edward F. Ramos, Esq., shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which he continues to represent Plaintiffs before this Court; and it is further

**ORDERED** that, if he has not already done so in connection with this action, Edward F. Ramos, Esq., shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Edward F. Ramos, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

    __*/s/ Jessica S. Allen*_____
    **Hon. Jessica S**tein **Allen, U.S.M.J.**