

IRA KURZBAN - FOUNDER
JED KURZBAN - PARTNER
HELENA TETZELI - PARTNER
JOHN PATRICK PRATT - PARTNER
EDWARD RAMOS - PARTNER
KEVIN A. GREGG - PARTNER

131 MADEIRA AVENUE
CORAL GABLES, FL 33134
TELEPHONE (305) 444-0060
FACSIMILE (305) 444-3503
WWW.KKTPLAW.COM

**VIA CM/ECF**

November 5, 2021

The Honorable Jessica S. Allen
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:   *Dong, et al. v. Johnson, et al.*, 2:17-cv-02092-ES-JSA

Dear Judge Allen,

The parties write respectfully in response to the Court's October 15, 2021 Order directing the parties to submit a joint letter on or before November 5, 2021 that sets forth the status of finalizing the Proposed Settlement Agreement. *See* D.E. 122.

Following the Settlement Conference on October 14, 2021, the parties have resolved all substantive settlement terms and are in the process of preparing the final agreement for execution by the parties. The parties expect the agreement will be fully executed by November 12, 2021. The parties will therefore submit an additional joint letter by November 12, 2021 to advise the Court of proposed next steps, including the parties' anticipated forthcoming motion for preliminary class certification and preliminary settlement approval.

Respectfully submitted,

/s/ Ira J. Kurzban
IRA J. KURZBAN
(*admitted pro hac vice*)
KURZBAN KURZBAN
TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, FL 33134
Tel. No. (305) 444-0060
Fax No. (305) 444-3503
Email: ira@kktplaw.com

RACHAEL A. HONIG
Acting United States Attorney

/s/ Alex Silagi
ALEX SILAGI
Assistant United States Attorney
970 Broad Street
Newark, NJ 07102
Tel: 973-535-6001
Email: alex.silagi@usdoj.gov

/s/ Thomas E. Moseley
THOMAS E. MOSELEY
(NJ Bar No. 04821988)
1 Gateway Center, Suite 2600
Newark, NJ 07102
Tel: 973-943-4602
Fax: 973-465-9493
Email: moselaw@ix.netcom.com

**\*SO ORDERED**.
November 9, 2021

/s/ Jessica S. Allen
**United States Magistrate Judge**