UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| YI DONG, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>TAE D. JOHNSON, *et al.*,<br><br>                Defendants. | Civil Action No.: 17-2092-ES-JSA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Plaintiffs' Motion, and in accordance with the terms of the Parties' Amended Settlement Agreement, the Court hereby **DISMISSES** this action **WITH PREJUDICE**. The Court shall, however, retain jurisdiction to enforce the terms of the Parties' Amended Settlement Agreement.

       **IT IS SO ORDERED.**

Dated: June 9, 2022

                                                  HON. ESTHER SALAS
                                                  UNITED STATES DISTRICT JUDGE